1  Robert C Weems (SBN 148156)
   WEEMS LAW OFFICES
2  526 3rd St., Ste. A-2
   San Rafael, CA 94901
3  Ph: 415.881.7653
   Fx: 866.610.1430
4  Email: rcweems@weemslawoffices.com

5  Attorney for Plaintiff,
   ADAM TIMOTHY GROOM
6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  ADAM TIMOTHY GROOM, | Case No. 2:23-cv-00174-AC |
| 12           Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR MODIFICATION OF SCHEDULING ORDER [ECF No. 5] |
| 13  v. | |
| 14  COMMISSIONER OF SOCIAL SECURITY, | [ECF No. 10] |
| 15           Defendant. | |

16       Subject to the approval and any further orders of the Court, the parties, by and through

17  counsel of record, stipulate and agree that the scheduling order for Social Security cases in this

18  action [ECF No. 5] should be modified. Plaintiff's time to move for summary judgment should be

19  extended from 6/14/2023 to 7/14/2023, all other deadlines to be determined by reference to the

20  Court's scheduling order, and that good cause supports the extension of time.

21       This is Plaintiff's first request for modification of the scheduling order. Good cause

22  supporting the extension of the filing deadline includes Plaintiff's counsel has been unable to

23  complete Plaintiff's motion for summary judgment to the professional standards of the Court, as

24  of the current deadline, despite diligence and requires the further extension to do so considering

25  later intervening deadlines. This request is made jointly in good faith, without dilatory motive,

26  and not for purposes of undue delay or to prejudice the interest of any party.

27       ///

28

1  SO STIPULATED AND AGREED, June 14, 2023.

| WEEMS LAW OFFICES | PHILLIP A. TALBERT, |
| --- | --- |
| | United States Attorney |
| | MATHEW W. PILE, |
| | Assoc. Gen. Counsel, Soc. Sec. Admin. |
| | Office of Program Litigation, Office 7 |
| | OSCAR GONZALEZ DE LLANO |
| | Sp. Asst. U.S. Attorney |

*/s/Robert C. Weems*                    By:   */s/ Oscar Gonzalez de Llano*
ROBERT C. WEEMS,                              OSCAR GONZALEZ DE LLANO
Attorney for Plaintiff                        Sp. Asst. U.S. Attorney,
                                              Attorney for Defendant
                                              (per email authorization)

**[~~PROPOSED~~] ORDER**

SO ORDERED

Dated:  June 14, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE