Robert C Weems (SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff,
ADAM TIMOTHY GROOM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM TIMOTHY GROOM,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:23-cv-00174-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR MODIFICATION OF SCHEDULING ORDER [ECF No. 5]<br><br>[ECF No. 10] |

Subject to the approval and any further orders of the Court, the parties, by and through counsel of record, stipulate and agree that the scheduling order for Social Security cases in this action [ECF No. 5] should be modified. Plaintiff's time to move for summary judgment should be extended from 7/14/2023 to 8/14/2023, all other deadlines to be determined by reference to the Court's scheduling order, and that good cause supports the extension of time.

This is Plaintiff's second request for modification of the scheduling order. Good cause supporting the extension of the filing deadline includes Plaintiff's counsel has been unable to complete Plaintiff's motion for summary judgment to the professional standards of the Court, as of the current deadline, despite diligence and requires the further extension to do so considering later intervening deadlines including a felony criminal trial beginning August 4, 2023. This request is made jointly in good faith, without dilatory motive, and not for purposes of undue delay or to prejudice the interest of any party.

///

SO STIPULATED AND AGREED, June 14, 2023.

| | |
|---|---|
| WEEMS LAW OFFICES | PHILLIP A. TALBERT,<br>   United States Attorney<br>MATHEW W. PILE,<br>   Assoc. Gen. Counsel, Soc. Sec. Admin.<br>   Office of Program Litigation, Office 7<br>OSCAR GONZALEZ DE LLANO<br>   Sp. Asst. U.S. Attorney |
| */s/Robert C. Weems*<br>ROBERT C. WEEMS,<br>Attorney for Plaintiff | By: */s/ Oscar Gonzalez de Llano*<br>OSCAR GONZALEZ DE LLANO<br>Sp. Asst. U.S. Attorney,<br>Attorney for Defendant<br>(per email authorization) |

**[~~PROPOSED~~] ORDER**

SO ORDERED

DATED: July 19, 2023

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE