PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, SBN WA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
SOHAYL VAFAI, SBN CA 319266
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4838
    E-Mail: sohayl.vafai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ADAM TIMOTHY GROOM,<br><br>        Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:23-cv-00174-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 30 days from October 5, 2023, up to and including November 6, 2023.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.  This is Defendant's first request for an extension of the Cross-Motion for Summary Judgment deadline.

Good cause for an extension exists.  Defendant requires additional time to review the defensibility of this case.  An extended deadline would allow Plaintiff time to consider any remand offer and the parties to negotiate the terms of any remand offer.  An extension would also provide Defendant adequate time to brief a cross-motion for summary judgment if the

parties cannot agree to a voluntary remand.  Thus, Defendant respectfully requests an extension of 30 days, up to and including November 6, 2023, to file the cross-motion for summary judgment.  This request is made in good faith and is not intended to unduly delay the proceedings in this matter.

Respectfully submitted,

Dated:  September 19, 2023             /s/  *Robert Weems* *
                                      (*as authorized via e-mail)
                                      ROBERT WEEMS
                                      Attorney for Plaintiff

Dated:  September 19, 2023             PHILLIP A. TALBERT
                                      United States Attorney
                                      MATHEW W. PILE
                                      Associate General Counsel
                                      Social Security Administration
                               By:    /s/  *Sohayl Vafai*
                                      SOHAYL VAFAI
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant


## **ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that Defendant shall have an extension, up to and including November 6, 2023, to respond to Plaintiff's Motion for Summary Judgment.

DATED: September 19, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE