PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, SBN CA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
SOHAYL VAFAI, SBN CA 319266
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4838
    E-Mail: sohayl.vafai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM TIMOTHY GROOM,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:23-cv-00174-AC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

    IT IS STIPULATED by and between the parties, through their undersigned attorneys, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff an opportunity for a new decision.

    On remand, the Commissioner will offer Plaintiff an opportunity for a new hearing, develop the record as necessary, and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

| | |
|---|---|
| Dated: September 28, 2023 | /s/ Robert Weems* <br> ROBERT WEEMS <br> Attorney for Plaintiff <br> *Authorized via e-mail |
| | PHILLIP A. TALBERT <br> United States Attorney <br> MATHEW W. PILE <br> Associate General Counsel <br> Social Security Administration |
| By: | /s/ Sohayl Vafai <br> SOHAYL VAFAI <br> Special Assistant United States Attorney |
| | Attorneys for Defendant |

### [~~PROPOSED~~] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

DATED: September 28, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE